IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL BOYLE and ANDREA BOYLE, h/w | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GRIZZLY INDUSTRIAL, INC., a/k/a | : | |
| Grizzly Holdings Incorporated, d/b/a | : | |
| Grizzly Holdings Incorporated, t/a | : | |
| Grizzly Holdings Incorporated, | : | |
| GRIZZLY INDUSTRIAL PA, INC. and | : | |
| and TINIUS OLSEN | : | |
| INTERNATIONAL COMPANY | : | NO. 18-854 |

# ORDER

**NOW**, this 23rd day of May, 2018, upon consideration of the Plaintiffs' Motion to Remand (Document No. 11) and the defendants' responses, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the state court from which it was removed.

/s/TIMOTHY J. SAVAGE